No. 87–1045. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR v. KYLE; and

No. 87–1065. NATIONAL COUNCIL ON COMPENSATION INSURANCE v. KYLE ET AL., 488 U. S. 997. Motion of respondent Fred Kyle for attorney's fees granted, and the United States Court of Appeals for the Sixth Circuit is directed to determine the fee to be allowed for the work performed by counsel before this Court.

No. 87–1622. BRENDALE v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.;

No. 87–1697. WILKINSON v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.; and

No. 87–1711. COUNTY OF YAKIMA ET AL. v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL., 492 U. S. 408. Motion of respondents to retax costs granted, and it is ordered that two-thirds of the cost of the preparation of the joint appendix is assessed against respondents Confederated Tribes and Bands of the Yakima Indian Nation et al., and one-third of the cost of the preparation of the joint appendix is assessed against petitioner Philip Brendale.

No. 87–1965. ZINERMON ET AL. v. BURCH. C. A. 11th Cir. [Certiorari granted, 489 U. S. 1064.] Motion of American Civil Liberties Union et al. for leave to file a brief as amici curiae granted.

No. 87–2013. BOARD OF TRUSTEES OF THE STATE UNIVERSITY OF NEW YORK ET AL. v. FOX ET AL., 492 U. S. 469. Motion of respondents to retax costs denied.

No. 87–2048. TEXACO INC. v. HASBROUCK, DBA RICK'S TEXACO, ET AL. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1105.] Motion of Service Station Dealers of America for leave to file a brief as amicus curiae granted.

No. 88–1264. SAFFLE, WARDEN, ET AL. v. PARKS. C. A. 10th Cir. [Certiorari granted, 490 U. S. 1034.] Motion of petitioners for leave to file a reply brief out of time granted.

No. 88–1323. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. EVERHART ET AL. C. A. 10th Cir. Motion of the Solicitor General to permit Amy L. Wax, Esq., to present oral argument pro hac vice granted.